IN THE SUPREME COURT.                    **113**

Thorp *et al. v.* Thorp, Admr.      Bostwick *v.* Williams.

---

## THORP *et al. v.* THORP, Administrator.

### (April Term, 1866.)

1. DISMISSAL OF WRIT OF ERROR—*by a portion of several plaintiffs.* Where a writ of error has been sued out by several, a portion of the plaintiffs in error may dismiss the suit as to themselves, leaving the remaining plaintiffs to prosecute their suit if they desire so to do.

2. COSTS—*on such dismissal.* But if a part of several plaintiffs avail themselves of such right, it will be at their own cost.

THIS was a writ of error sued out in the name of several; afterward a portion of the plaintiffs in error asked leave to dismiss the suit, as to themselves, leaving the remaining plaintiffs to prosecute their suit if they desire to do so.

Per CURIAM: Any portion of the several parties below might have sued out a writ of error; so any of those who have sued out this writ may dismiss as to themselves and leave the remaining plaintiffs in error to prosecute their suit, if they desire to do so, but of course at the cost of those dismissing.